# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| KURT MARTIN, | ) |
| Plaintiff, | ) No. 4:21-CV-69 RLW |
| v. | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| Defendant. | ) |

## ORDER

On April 13, 2022, the neutral notified the Court that this case had settled through Alternative Dispute Resolution. (ECF No. 26). On the same date, the Court ordered counsel to file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment no later than May 13, 2022. (ECF No. 27). To date, the parties have not filed their dismissal papers.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment no later than **November 23, 2022**, or this Court will dismiss this action **with prejudice** for failure to comply with the Courts' orders and for Plaintiff's failure to prosecute his case.

Dated this 14th day of November, 2022.

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**