# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KURT MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21-CV-69 RLW |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 31),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear his/its own costs.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 17th day of November, 2022.